No. 02–1684. YARBOROUGH, WARDEN v. ALVARADO. C. A. 9th Cir. [Certiorari granted, 539 U. S. 986.] Motion of the Solicitor

General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.